UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATHENA ROSE,

                       Plaintiff,             14 **CIVIL** 9899 (CS)

     -against-             **JUDGMENT**

VERDE ENERGY USA, INC,

                       Defendant.
------------------------------------------------------------X

      Whereas this matter having been brought before the Honorable Cathy Seibel, United States District Judge, and on April 16, 2014, plaintiff Athena Rose, having filed a Notice of Acceptance of Defendant's Rule 68 Offer of Judgment to Plaintiff (Doc. # 14), accepting Defendant Verde Energy USA, Inc.'s Offer of Judgment in the amount of $9,000.00, and Defendant Verde Energy USA, Inc. ("Verde"), agreeing to cease and desist all calls by or on behalf of Verde to the telephone number provided by the plaintiff ending in 7223, agreeing to pay Plaintiff's 28 U.S.C. § 1920 costs accrued to the date of the offer, and excluding attorney fees from its offer, and the Court thereafter, on July 24, 2015, having handed down its Memo Endorsed Order (Doc. # 15), directing the Clerk of Court to enter judgment accordingly and to close the case, it is,

      ORDERED, ADJUDGED AND DECREED: that in accordance with the Court's Memo Endorsed Order (Doc. # 15), dated July 24, 2015, judgment is hereby entered against defendant Verde Energy USA, Inc., in the amount of $9,000.00; Verde shall cease and desist all calls by or on behalf of Verde to the telephone number provided by the Plaintiff: (xxx) xxx- 7223; and

defendant Verde Energy USA, Inc. shall pay Plaintiff's 28 U.S.C. § 1920 costs accrued to the date of the offer, excluding attorney fees; accordingly, the case is closed.

**DATED:** New York, New York
July 28, 2015

                                                     **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                      **BY:**

                                                         **Deputy Clerk**